United States District Court
Southern District of Texas
**ENTERED**
November 14, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN CARLOS CRUZ GUTIERREZ, <br> A # 221-439-384 <br><br> Petitioner, <br><br> VS. <br><br> WARDEN RAYMOND THOMPSON, *et al.* <br><br> Respondents. | § § § § § § § § § § § | CIVIL ACTION NO. 4:25-4695 |

# **FINAL JUDGMENT**

For the reasons stated in the memorandum opinion and order entered this day, the petition for a writ of habeas corpus filed by Juan Carlos Cruz Gutierrez is **GRANTED.** Specific instructions pertaining to Cruz Gutierrez's release are set forth in the memorandum opinion. This judgment does not preclude the parties from seeking post-judgment relief from the Court as appropriate.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on     November 14    , 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE