UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN CARLOS CRUZ GUTIERREZ, A # 221-439-384 | § § § § § § § § § § § § | |
| Petitioner, | | |
| VS. | | CIVIL ACTION NO. 4:25-4695 |
| WARDEN RAYMOND THOMPSON, *et al.* | | |
| Respondents. | | |

## ORDER

Having reviewed the motion to enforce filed by the petitioner, the Court **ORDERS** the respondents to file a response by 12 noon today.

The parties are **ORDERED** to appear for a Zoom hearing at 2:00 p.m. today. Counsel for petitioner may advise the Court if the hearing is no longer necessary

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on ___November 17___, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE